UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JORGE SANTOS TORRES,<br><br>      Petitioner,<br><br>   vs.<br><br>ROY BARNES,<br><br>      Respondent. | Case No:  C 11-1804 SBA (PR)<br>**ORDER**<br>Dkt. 4, 7 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     Petitioner's unopposed motion to file an amended habeas petition is GRANTED and Respondent's motion to dismiss is DENIED as moot.  The First Amended Petition and related exhibits, attached as exhibits to Petitioner's Uncontested Motion for Leave to Amend the Petition, Response to the Motion to Dismiss, and Motion for a Second Order to Show Cause, Dkt. 7-1 and 7-2, shall be deemed filed as of November 16, 2011.

2.     Respondent shall file with this Court and serve upon Petitioner, within thirty (30) days of the issuance of this Order, an Answer to the amended petition which conforms in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition (except to the extent that the necessary records have already been submitted to the Court).

3.     If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt

of the Answer. Should Petitioner fail to do so, the amended petition will be deemed submitted and ready for decision sixty (60) days after the date Petitioner is served with Respondent's Answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days of receipt of any opposition.

5. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than ten (10) days prior to the deadline sought to be extended.

6. The motion hearing scheduled for January 24, 2012 is VACATED.

7. This Order terminates Docket Nos. 4 and 7.

IT IS SO ORDERED.

Dated: January 10, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 2 -