UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JORGE SANTOS TORRES,<br><br>    Petitioner,<br><br>  vs.<br><br>RON BARNES,<br><br>    Respondent. | Case No: C 11-1804 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: 9/18/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge